**Stay GRANTED and Order filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-20-00793-CR**
**NO. 14-20-00794-CR**

_____

**IN RE THE STATE OF TEXAS EX REL.KIM OGG, HARRIS COUNTY DISTRICT ATTORNEY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**WRIT OF PROHIBTION**
**County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 2232126**

---

## ORDER

On November 24, 2020, relator the State of Texas Ex Rel.Kim Ogg, Harris County District Attorney, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Franklin Bynum, Judge of County Criminal Court at Law No. 8, in Harris County, Texas, to vacate his October 28, 2020 order

setting the underlying case for a nonjury trial, entered in trial court number 2232126, styled *The State of Texas v. Austin Reyes-Cisneros*. Relator also filed a petition for writ of prohibition, in which relator seeks to prevent Judge Bynum from conducting a nonjury trial om the underlying case.

Relator also has filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relator asks this court to stay proceedings in the trial court pending a decision on the petitions for writ of mandamus and prohibition.

It appears from the facts stated in the petitions and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the commencement of the nonjury trial in trial court cause number 2232126, *The State of Texas v. Austin Reyes-Cisneros,* **STAYED** until a final decision by this court on relator's petitions for writ of mandamus and prohibition, or until further order of this court.

In addition, the court requests real party-in-interest Austin Reyes-Cisneros to file a response to the petitions for writ of mandamus and prohibition on or before December 23, 2020. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.